V. ANDREW CASS
Nevada Bar No. 005246
JOHN P. SKALAK
Nevada Bar No. 004385

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NEVADA 89101
(702) 893-3383
FAX: (702) 893-3789

*Attorney for Defendants,
National General Assurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALAN MUNK, TAMRAH MUNK, individually, and TAMRAH MUNK as Guardian ad Litem of TYRELL J. HENRIOD and TANITA HERNANDEZ, minors,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC INSURANCE COMPANY, a foreign corporation; NATIONAL GENERAL INSURANCE COMPANY, a Missouri corporation; NATIONAL GENERAL ASSURANCE COMPANY, a Missouri corporation; and DOES I through XXX, inclusive,<br><br>Defendants. | CASE NO: 3:07-CV-00213-LRH(VPC) |

***STIPULATION AND ORDER ALLOWING NATIONAL GENERAL ASSURANCE
COMPANY'S TO FILE AN AMENDED ANSWER TO COMPLAINT***

Defendant NATIONAL GENERAL ASSURANCE COMPANY ("NGAC"), by and through its attorneys of the law offices of LEWIS BRISBOIS BISGAARD & SMITH LPP, and William C. Jeanney, Esq. of the law offices of BRADLEY, DRENDEL & JEANNEY, attorney for Plaintiffs, hereby stipulate as follows:

On January 18, 2007 Plaintiffs filed a Complaint in the Second Judicial District Court of the State of Nevada in and for the County of Washoe (Case No. CV07-00126).

April 30, 2007 NGAC filed is Answer to Plaintiffs' Complaint. Since filing the Answer, NGAC's counsel has determined that GMAC is not a foreign corporation as stated in the previous

4830-0344-2689.1

1  Answer on record, and is not a corporation of a legal entity of any kind.

2  The parties hereby stipulate to allow NGAC to file an amended answer to the complaint to

3  revise what its counsel has determined was an error in Paragraph 2 of the answer.

4  DATED this ___ day of June, 2007.

5  LEWIS BRISBOIS BISGAARD & SMITH LLP       BRADLEY, DRENDEL & JEANNEY

7  V. ANDREW CASS                                                 WILLIAM C. JEANNEY, ESQ.
   Nevada Bar No. 005246                                          Nevada Bar No. 001235
8  JOHN P. SKALAK                                                 401 Flint Street
   Nevada Bar No. 004385                                          Reno, NV 89501
9  400 South Fourth Street, Suite 500                             *Attorney for Plaintiffs,*
   Las Vegas, NV 89101                                            *ALAN MUNK, TAMRAH MUNK, individually, and*
10 Phone: (702) 893-3383                                          *TAMRAH MUNK as Guardian ad litem fo*
   Fax: (702) 893-3789                                            *TYRELL J. HENROID and TANITA HERNANDEZ*
11 *Attorneys for Defendants*
   *NATIONAL   GENERAL   ASSURANCE*
12 *COMPANY*
   *(hereinafter referred to as "NGAC")*

**ORDER**

14 IT IS SO ORDERED.

15 DATED: June 26, 2007.

17 _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

19 Submitted by:

20 LEWIS BRISBOIS BISGAARD & SMITH LLP

22 V. ANDREW CASS
23 Nevada Bar No. 005246
   JOHN P. SKALAK
24 Nevada Bar No. 004385
   400 South Fourth Street, Suite 500
25 Las Vegas, NV 89101
   Phone: (702) 893-3383
26 Fax: (702) 893-3789
   *Attorneys for Defendants*
27 *NATIONAL GENERAL ASSURANCE COMPANY*
   *(hereinafter referred to as "NGAC")*

28

4830-0344-2689.1                          Page 2 of 2