V. ANDREW CASS
Nevada Bar No. 005246
JOHN P. SKALAK
Nevada Bar No. 004385

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NEVADA 89101
(702) 893-3383
FAX: (702) 893-3789

*Attorney for Defendants,*
*National General Assurance Company* ("NGAC")

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN MUNK, TAMRAH MUNK, individually, and TAMRAH MUNK as Guardian ad Litem of TYRELL J. HENRIOD and TANITA HERNANDEZ, minors,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC INSURANCE COMPANY, a foreign corporation; NATIONAL GENERAL INSURANCE COMPANY, a Missouri corporation; NATIONAL GENERAL ASSURANCE COMPANY, a Missouri corporation; and DOES I through XXX, inclusive,<br><br>Defendants. | CASE NO: 3:07-cv-00213-LRH(VPC)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS AND REPLIES**<br><br>**(FIRST REQUEST)** |

COMES NOW Plaintiffs, by and through their counsel of record, William C. Jeanney of Bradley, Drendel & Jeanney and Defendant National General Insurance Company (NGAC"), by and through their counsel of record John P. Skalak of Lewis Brisbois Bisgaard & Smith, LLP and hereby stipulate to an extension of time for the filing of Plaintiffs' Oppositions to NGAC's Motion for Summary Judgment on Extracontractual Claims, or in the Alternative, Motion to Bifurcate Discovery and Trial (Doc. 14) filed on August 7, 2007 and NGAC's Motion to Stay Discovery and Proceedings (Doc. 15) filed on August 7, 2007. Plaintiffs' Oppositions to said Motions are due no later than September 6, 2007.

4831-2187-9809.1

1  The parties further stipulate that NGAC's Reply to each Opposition shall be due in accordance
2  with the deadlines set forth in LR 7-2 and Fed. R. Civ. P. 6(e).
3  DATED this 28 day of August, 2007.   DATED this 30th day of August, 2007.
4  BRADLEY, DRENDEL & JEANNEY   LEWIS BRISBOIS BISGAARD & SMITH

By _____   By _____
William C. Jeanney              John P. Skalak
Nevada Bar No. 001235           Nevada Bar No. 004385
401 Flint Street                400 S. Fourth, Suite 500
Reno, Nevada 89501              Las Vegas, Nevada 89101
Attorney for Plaintiffs         Attorney for Defendant NGAC

## ORDER

IT IS SO ORDERED.

DATED this 30th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE